81 F.3d 159
 In re In Matter of Libel and Petition of Kristie Leigh
Enterprises, Inc., as Owner of M/V KRISTIE LEIGH, for
Exoneration from or Limitation of Liability; In Matter of
Libel and Petition of Kristie Leigh Enterprises, Inc. as
Owner of M/V KRISTIE LEIGH, Gateway Tugs, Inc., as Owner Pro
Hac Vice, of M/V KRISTIE LEIGH
v.
American Commercial Lines, Inc., Norma L. Castillo, as
Surviving Spouse of Daniel Castillo, Estate of
Daniel Castillo, for and on Behalf of
all Persons entitled to Recover
 NO. 94-60551
 United States Court of Appeals,
Fifth Circuit.
 Feb 14, 1996
 S.D.Tex., 72
 F.3d 479
 
 1
 DENIALS OF REHEARING EN BANC.